United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-02720-JAW
Sean Cavalier Snow                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jul 10, 2025      Form ID: ntcds13v      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Cavalier Snow, 264 Austin Cir, Byram, MS 39272-4490 |
| 5305992 | + | Charles Frank Fair Barbour, Esq., Underwood Law Firm, PLLC, for Carrington Mortgage Services, LLC, Post Office Box 1874, Madison, Mississippi 39130-1874 |
| 5304560 | + | Liberty Tax & Loans, 7402 Siwell Rd, Jackson, MS 39272-9386 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5304554 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 10 2025 19:29:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5304553 | + | EDI: CAPITALONE.COM | Jul 10 2025 23:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5307056 | + | EDI: AIS.COM | Jul 10 2025 23:29:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5304555 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2025 19:28:29 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5304557 | | EDI: IRS.COM | Jul 10 2025 23:29:00 | Department of Treasury-Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5332485 | + | Email/Text: compliance@libertyloans.com | Jul 10 2025 19:29:00 | Flex Revolution, LLC, d/b/a Liberty Tax and Loans, 901 W Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 5304556 | + | Email/Text: bankruptcynotices@healthplusfcu.com | Jul 10 2025 19:29:00 | Healthpls Cu, Pob 1700, Jackson, MS 39215-1700 |
| 5304558 | + | Email/Text: ebone.woods@usdoj.gov | Jul 10 2025 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5304559 | + | Email/Text: bankruptcy@kikoff.com | Jul 10 2025 19:29:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 5325193 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 19:28:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5304561 | | EDI: MSDOR | Jul 10 2025 23:29:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5304562 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 10 2025 19:28:35 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5304563 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 10 2025 19:29:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5304564 | + | Email/Text: ABENTLEY@OKINUS.COM | Jul 10 2025 19:29:00 | Okinus, Inc, Attn: Bankruptcy, Po Box 691, Pelham, GA 31779-0691 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: ntcds13v | Total Noticed: 21 |

| 5304565 | ^ MEBN | | | |
|---|---|---|---|---|
| | | | Jul 10 2025 19:23:15 | Prince Parker & Assoc, Attn: Bankruptcy, Po Box 474690, Charlotte, NC 28247-4690 |
| 5373355 | EDI: Q3G.COM | | Jul 10 2025 23:29:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5312178 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | Jul 10 2025 19:29:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5304566 | ^ MEBN | | Jul 10 2025 19:23:12 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services, LLC |
| cr | | Carrington Mortgage Services, LLC |
| cr | * | Mississippi Dept of Revenue/Bankruptcy Section, P O Box 22808, Jackson, MS 39225-2808 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Frank Fair Barbour | on behalf of Creditor Carrington Mortgage Services LLC cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sean Cavalier Snow trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 23−02720−JAW
Chapter: 13

In re:
   Sean Cavalier Snow
   aka Sean C Snow
   264 Austin Cir
   Byram, MS 39272

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−4530

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

   You are hereby notified that on July 9, 2025, <u>Sean Cavalier Snow</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 61). On July 10, 2025, the court entered an *ex parte* order (Dkt. # 62) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 7/10/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600