**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Sean Cavalier Snow**                          **Case No. 23-02720-JAW**
            **, Debtor**                                                **CHAPTER 13**

## FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,592.00 | $17.10 | $2,609.10 | 27 | 01/29/2024 |
| $1,152.50 | $29.70 | $1,182.20 | 42 | 06/03/2024 |
| $984.00 | $26.40 | $1,010.40 | 55 | 11/04/2024 |
| $875.00 | $32.34 | $907.34 | n/a | n/a |
| $5,603.50 | $105.54 | $5,709.04 | | |



**ROLLINS**
LAW FIRM

# INVOICE

Invoice # 5788
Date: 01/02/2024
Due On: 02/01/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sean Cavalier Snow
264 Austin Cir
Byram, MS 39272

### 05142-Snow Sean Cavalier

## Ch 13 hourly - Sean FORECLOSURE 11/27

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 11/02/2023 | Contact Debtor: Called debtor left message; drafted text requesting his full name and social security number to run his credit report for filing | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/02/2023 | Contact Debtor: Telephone conference with debtor provided his full name and social security number to run his credit report | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/02/2023 | Contact Debtor: Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | BI | 11/06/2023 | Contact Debtor: Drafted email to debtor requesting documents for filing. Explained to debtor what documents are needed. | 0.10 | $100.00 | $10.00 |
| Service | BI | 11/06/2023 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed debtors credit report in search of student loans. Found student loans. Drafted email to debtor explaining how to send documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BI | 11/07/2023 | Contact Debtor: Drafted text to debtor inquiring after documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BI | 11/07/2023 | Contact Debtor: Reviewed text from debtor claiming he will get the documents needed for filing to us next week. Draftd text | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | message asking him to send documents to my email address. | | | |
| Service | BM | 11/14/2023 | Review and organize documents provided by debtor: Information packet, pay stubs, bank statements, tax returns | 0.30 | $100.00 | $30.00 |
| Service | KAR | 11/15/2023 | Drafted email to debtor urgently requesting remaining GIP information, bank, and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/15/2023 | Drafted email to debtor letting him know that the documents I emailed him for today is everything we still need and to please get those documents back to me as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/15/2023 | Drafted text to debtor letting him know I emailed him again | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/15/2023 | Telephone conference with debtor discussing missing documents; received missing gip information; confirmed that we have all bank and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/15/2023 | Organized additional bank provided by debtor via drop off | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/15/2023 | Final review of all documents to prepare for case input | 0.20 | $100.00 | $20.00 |
| Service | KR | 11/16/2023 | Contact Debtor: Drafted email to debtor with the list of creditors to review. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 11/16/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, prepare schedules, SOFA. | 1.00 | $350.00 | $350.00 |
| Service | JAC | 11/16/2023 | Prepare Matrix for debtor to review | 0.10 | $350.00 | $35.00 |
| Service | BM | 11/17/2023 | Drafted text to debtor requesting May pay stubs | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/17/2023 | Review and organize documents provided by debtor: Pay stubs | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/17/2023 | Calculate May income, add to MT. Calculate plan payment. Prepare schedules I/J | 0.20 | $350.00 | $70.00 |
| Service | JAC | 11/20/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/21/2023 | Conference w/ client to review and revise schedules, statements and plan | 0.80 | $350.00 | $280.00 |
| Service | JAC | 11/21/2023 | Prepare the petition, schedules, forms to file with the court. Download, review, & | 0.30 | $350.00 | $105.00 |

| | | | import CCC to best case. File everything with Court.: Case is Ready to File | | | |
|---|---|---|---|---|---|---|
| Service | KR | 11/21/2023 | Contact Debtor: Drafted text with the debtor's case number for their Chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/21/2023 | Contact Debtor: Telephone conference with debtor about the contact information for the foreclosure; he has the letter at home and when call me as soon as he gets it | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/21/2023 | Telephone conference with debtor; provided the contact information for the attorney handling the foreclosure which is The Underwood Law Firm; telephone conference with Underwood Law Firm; asked to email the notice of filing; reviewed the court docket for the notice of filing; drafted email to Underwood Law Firm with the notice of filing. | 0.20 | $150.00 | $30.00 |
| Service | KR | 11/22/2023 | Telephone conference with Underwood Law Firm. They did not receive the email asked me to email again and provided me with a different email address; drafted email to Underwood Law Firm with the notice of filing so the foreclosure process will be stopped | 0.20 | $150.00 | $30.00 |
| Service | KR | 11/22/2023 | Contact Debtor: Drafted email to debtor with his plan payments and what to do/ expect after filing | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/22/2023 | Telephone conference with Karen at Underwood Law Firm; stated she did not receive the other email; said they have several layers of security and have issues like this all the time; she emailed me and drafted email back to her with the notice of filing and it still did not go through; provided her the case number and she is going to see what she can do and give me a call back. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/22/2023 | Telephone conference with Karen at Underwood Law Firm. They have received the notice of filing and have stopped the foreclosure. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/22/2023 | Contact Debtor: Telephone conference with debtor letting him know the foreclosure process has been stopped that was scheduled for 11/27 | 0.10 | $150.00 | $15.00 |
| Service | JAC | 11/22/2023 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything | 0.30 | $350.00 | $105.00 |

| | | | with Court.: Mail Plan | | | |
|---|---|---|---|---|---|---|
| Service | TR | 11/22/2023 | Review: 23-02720-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $350.00 | $70.00 |
| Service | JC | 11/27/2023 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to COS. | 0.10 | $150.00 | $15.00 |
| Expense | BI | 11/27/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $17.10 | $17.10 |
| Service | BI | 11/27/2023 | Contact Debtor: Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/27/2023 | Contact Debtor: Telephone conference with debtor; requested the Trustee information for his first payment; drafted email to debtor with the trustee address for the payment | 0.10 | $150.00 | $15.00 |
| Service | JC | 11/28/2023 | Reviewed Declaration of Mailing Notice of Plan received from COS and prepared for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/28/2023 | Contact Debtor: Reviewed bank statements, paystubs for two employers, 2 years of taxes and identification for the meeting of creditors; created list of documents needed; telephone conference with debtor about the missing bank statements; he will go by the bank to get them | 0.50 | $150.00 | $75.00 |
| Service | BI | 11/28/2023 | Contact Debtor: Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | BI | 11/28/2023 | Contact Debtor: Reviewed text from debtor expressing he is familiar and comfortable using zoom. | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/29/2023 | Review: 23-02720-JAW Order Upon Employer Directing Deductions from Pay Document #14 | 0.10 | $350.00 | $35.00 |
| Service | BI | 11/30/2023 | Review and organize documents provided by debtor: Reviewed email from portia with documents from debtor for his bank plus account. Organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/02/2023 | Review: Proof of Claim 23-02720-JAW Capital One N.A. Document # 1 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 12/05/2023 | Review and organize documents provided by debtor: Reviewed statements from debtor for the meeting of creditors; merged with existing statements; drafted email to debtor requesting the September Bank Plus statement | 0.20 | $150.00 | $30.00 |
| Service | JAC | 12/06/2023 | Review: 23-02720-JAW Notice to file Corporate Ownership Statement Document# 17 | 0.10 | $350.00 | $35.00 |
| Service | KR | 12/06/2023 | Contact Debtor: Telephone conference with debtor about the Bank Plus statements needed for the Trustee for September | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/07/2023 | Contact Debtor: Telephone conference with debtor about the September statement for Bank Plus needed for the Meeting of Creditors | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/07/2023 | Review and organize documents provided by debtor: Reviewed the Bank Plus Statement that debtor dropped off; merged with existing statements. | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/08/2023 | Review and organize documents provided by debtor: Prepared statements for 3 accounts; 2 years of federal and state taxes, pay advices for 2 employers, drivers license and social security card for upload to the Trustee's website for the meeting of creditors | 0.30 | $150.00 | $45.00 |
| Service | KR | 12/08/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Certificate of Compliance - Payment Advices Filed with Trustee | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/08/2023 | Review: Proof of Claim 23-02720-JAW MS Dept of Revenue Document # 2 | 0.20 | $350.00 | $70.00 |
| Service | JAC | 12/11/2023 | Update treatment for MDoR per claim filed. | 0.10 | $350.00 | $35.00 |
| Service | KAR | 12/12/2023 | Telephone conference with debtor stating that he finished his 2nd ccc and was wondering who he needed to send the certificate of completion to. I told him he could email it to me and I would get it in his file. | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/12/2023 | Contact Debtor: Reviewed the 2nd credit counseling course certificate from debtor; reviewed court docket and the B423 has been filed | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/12/2023 | Review: 23-02720-JAW Personal Financial Management Course (Certificate) | 0.10 | $350.00 | $35.00 |

Invoice # 5788 - 01/02/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Document# 20 | | | |
| Service | BM | 12/15/2023 | Drafted text message to debtor informing them of the date and time of their meeting of creditors. Included zoom meeting information. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/15/2023 | Review: Proof of Claim 23-02720-JAW U.S. Department of Education c/o Nelnet Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/15/2023 | Review: 23-02720-JAW Statement of Corporate Ownership Document# 21 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/15/2023 | Review: Proof of Claim 23-02720-JAW Internal Revenue Servi Document # 4 | 0.20 | $350.00 | $70.00 |
| Service | TR | 12/18/2023 | Telephone call w/ client to discuss unsecured IRS claim - he says he filed returns on time - I told him that they are dischargeable if that is true, if not, he will owe whatever isn't paid in the bankruptcy at the end of the case. | 0.20 | $350.00 | $70.00 |
| Service | TR | 12/18/2023 | Attend Ch 13 Meeting of Creditors | 0.20 | $350.00 | $70.00 |
| Service | JAC | 12/19/2023 | Update treatment to IRS based on claim filed. Recalculate plan payment. Prepare plan for Δ to review and sign | 0.20 | $350.00 | $70.00 |
| Service | KR | 12/20/2023 | Contact Debtor: Drafted email to debtor with the amended plan to sign so we can file with the court to include the claim filed from MSDoR | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/20/2023 | Contact Debtor: Telephone conference with debtor about the amended plan that was emailed to him to sign to add the MSDoR claim that was filed; he will review and sign | 0.10 | $150.00 | $15.00 |
| Service | KAR | 12/20/2023 | Telephone conference with debtor asking if we received his signed Amendment; checked KR's email and told him that yes we received the signed doc | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/20/2023 | Contact Debtor: Reviewed the signed amended plan signed by debtor to add the MSDoR claim into the plan | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/21/2023 | Review: Proof of Claim 23-02720-JAW Carrington Mortgage Document # 5 | 0.20 | $350.00 | $70.00 |
| Service | TR | 01/02/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|

Invoice # 5788 - 01/02/2024

| Jennifer Curry Calvillo | Attorney | 2.5 | $350.00 | $875.00 |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | Attorney | 2.5 | $350.00 | $875.00 |
| Jacki Curry | Non-Attorney | 0.2 | $150.00 | $30.00 |
| Brooke Ingram | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Breanne McDaniel | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Kirsten Raimey | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Kerri Rodabough | Non-Attorney | 3.4 | $150.00 | $510.00 |
| | | | **Total** | **$2,609.10** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5788 | 02/01/2024 | $2,609.10 | $0.00 | $2,609.10 |
| | | | **Outstanding Balance** | **$2,609.10** |
| | | | **Total Amount Outstanding** | **$2,609.10** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6361
Date: 05/03/2024
Due On: 06/02/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sean Cavalier Snow
264 Austin Cir
Byram, MS 39272

### 05142-Snow Sean Cavalier

### Ch 13 hourly - Sean FORECLOSURE 11/27

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 01/02/2024 | Draft Fee Application, Notice and Proposed Order | 0.30 | $360.00 | $108.00 |
| Service | KR | 01/02/2024 | Reviewed and prepared the Notice of Application for Compensation and the invoice for upload to COS | 0.10 | $155.00 | $15.50 |
| Expense | BB | 01/02/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $29.70 | $29.70 |
| Service | KR | 01/02/2024 | Received and reviewed the Declaration of Mailing from COS; prepared the Motion for Application for Compensation; the Proposed Order, the invoice and the 21 Day Notice with the Declaration of Mailing attached | 0.20 | $155.00 | $31.00 |
| Service | JAC | 01/08/2024 | Prepare modified plan for ∆ to review & sign | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/09/2024 | Reviewed the modified plan to add the mortgage arrears | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/09/2024 | Drafted email to debtor with the amended plan to sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/10/2024 | Contact Debtor (Text/Email): Called debtor left message; drafted text about the modified plan he needs to review and sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/10/2024 | Review email from debtor: Reviewed the | 0.10 | $155.00 | $15.50 |

| | | | signed amended plan from debtor | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/16/2024 | Review file and draft email to Charles Barbour re: settling objection to confirmation | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/18/2024 | Draft follow up email to Charles Barbour re: settling objection to confirmation | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/26/2024 | Draft notice of modified plan | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/28/2024 | Review: Proof of Claim 23-02720-JAW LVNV Funding, LLC Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/30/2024 | Review: 23-02720-JAW Order on Application for Compensation Document #27 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/01/2024 | Review: 23-02720-JAW Order on Objection to Confirmation Document #28 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/01/2024 | Review claims register and compare to the Plan to determine if additional claims are needed - liberty tax and loan claim not filed | 0.20 | $360.00 | $72.00 |
| Service | KR | 02/07/2024 | Reviewed credit report for the contact information on Liberty Tax and Loans since they have not filed a proof of claim; called was on hold; left message for a call back and was provided an email address to contact for questions; drafted email to Liberty Loan requesting a proof of claim be filed with the bankruptcy court | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/08/2024 | Reviewed email from Karen at Liberty Tax & Loans stating she has filed the Proof of Claim with the bankruptcy court; reviewed court docket it has not been uploaded as of today. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/09/2024 | Reviewed court docket for the Proof of Claim that Karen from Liberty Tax & Loan stated was filed; nothing has been filed as of today | 0.10 | $155.00 | $15.50 |
| Service | AA | 02/09/2024 | Contact Debtor (Text/Email): Debtor visited the office stated he was told to drop off documents and had questions for attorney advised he go ahead and drop documents of; he stated he had question; advised to schedule a appointment. | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/12/2024 | Review: Proof of Claim 23-02720-JAW Flex Revolution, LLC Document # 7 | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/12/2024 | Review: Proof of Claim 23-02720-JAW Department of Treasury-Internal Revenue Service Document # Amended 4 | 0.20 | $360.00 | $72.00 |

| Service | TR | 03/12/2024 | Review: 23-02720-JAW Order Confirming Chapter 13 Plan Document #31 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | TR | 03/12/2024 | Review: 23-02720-JAW Amended Order Upon Employer Directing Deductions from Pay Document #32 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/12/2024 | Review: 23-02720-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# doc | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/18/2024 | Draft proposed ore tenus agreed order to pay post petition fees | 0.20 | $360.00 | $72.00 |
| Service | TR | 03/29/2024 | Review email from TT approving proposed order on post petition fees | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/29/2024 | Review: 23-02720-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/03/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.4 | $360.00 | $144.00 |
| | Thomas Rollins | Attorney | 2.3 | $360.00 | $828.00 |
| | Adreanna Aldairiah | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 1.1 | $155.00 | $170.50 |
| | | | | **Total** | **$1,182.20** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5788 | 02/01/2024 | $2,609.10 | $0.00 | $2,609.10 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6361 | 06/02/2024 | $1,182.20 | $0.00 | $1,182.20 |
| | | | **Outstanding Balance** | **$3,791.30** |

Invoice # 6361 - 05/03/2024

**Total Amount Outstanding**       **$3,791.30**

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6906
Date: 09/10/2024
Due On: 10/10/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sean Cavalier Snow

### 05142-Snow Sean Cavalier

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 05/03/2024 | Draft Fee Application, Notice and Proposed roder | 0.30 | $360.00 | $108.00 |
| Service | KR | 05/03/2024 | Reviewed and prepared the Notice of Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/06/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion for Application for Compensation; the Proposed Order, the invoice and the 21 Day Notice with the Declaration of Mailing attached | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/13/2024 | Review: Proof of Claim 23-02720-JAW Mississippi Department of Revenue Document # Amended 2 | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/14/2024 | Call Debtor: Telephone conference with debtor about the signed 2019 State Taxes we need per the amended proof of claim that was filed by the MSDoR; once he wakes up and locates them he will email me a copy | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/16/2024 | Call Debtor: Called debtor left message; drafted email and text requesting the 2019 signed state tax returns | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/20/2024 | Call Debtor: Called debtor left message; drafted email and text requesting the 2019 signed state taxes needed for MSDoR | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/20/2024 | Incoming Call: Telephone conference with | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor about the 2019 taxes; he should be able to go by his tax preparer and get a copy tomorrow so he can provide to me | | | |
| Service | KR | 05/21/2024 | Call Debtor: Telephone conference with debtor; he went by the tax preparer's office and they were closed until Friday; he will go by Friday morning to get the copy to provide. | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/24/2024 | Call Debtor: Called debtor left message; drafted email about the requested taxes needed for MSDoR | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/28/2024 | Contact Debtor (Text/Email): Telephone conference with debtor about the State Taxes for 2019; he stated that the tax preparers office was still closed; he will go by tomorrow since they are opened from 1-5 | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/29/2024 | Incoming Call: Telephone conference with debtor; he was at the tax preparer's office; they will be emailing me a copy of the 2019 state tax returns | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/29/2024 | Review and organize documents provided by debtor: Reviewed email from debtor's tax preparer with the 2019 State Taxes; merged with existing documents; reviewed proof of claim for contact information for the MSDoR; drafted email to MSDoR with the signed taxes and requested they amend the proof of claim | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/04/2024 | Drafted email to MSDoR following up on the request of filing an amended proof of claim since we provided the debtor's 2019 taxes | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/04/2024 | Review: 23-02720-JAW Order on Application for Compensation Document #42 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/07/2024 | Reviewed court docket for an amended claim from the MSDoR since we have emailed MSDoR the missing tax year so they can amended the claim to the correct amount; no claim has been filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/11/2024 | Reviewed court docket no amended claim has been filed by the MSDoR; drafted another email to the bankruptcy department at the MSDoR requesting an amended proof of claim to be filed; reviewed original claim for a contact number; telephone conference with Kiana; stated that she has | 0.20 | $155.00 | $31.00 |

| | | | seen the email and will go ahead and get everything down to the audit department today; should be done by Friday. | | | |
|---------|-----|------------|---|------|----------|--------|
| Service | KR | 06/14/2024 | Reviewed court docket for the amended claim from MSDoR; not amended claim filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/18/2024 | Reviewed email from MSDoR stating that the amended claim has been filed to reflect that the debtor has filed his taxes; reviewed court docket and the amended claim has been filed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/20/2024 | Review: Proof of Claim 23-02720-JAW Mississippi Department of Revenue Document # Amended 2 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/02/2024 | Review: Proof of Claim 23-02720-JAW Mississippi Department of Revenue Document # 8 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/05/2024 | Review: Proof of Claim 23-02720-JAW Mississippi Department of Revenue Document # Amended 2 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/05/2024 | Review letter from TT re: adjustment to plan payment | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/05/2024 | Call Debtor: Called debtor left message; drafted email and text requesting a call back about the claim filed for the 2023 Mississippi Department of Revenue debt | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/05/2024 | Incoming Call: Debtor called to speak with KR, she was busy at the time so I took a message | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/05/2024 | Incoming Call: Telephone conference with debtor about the MSDoR 2023 claim they filed; he will pay the debt directly | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/06/2024 | review clio memo re: ∆ wants to pay MS Dept of Revenue direct. Assign task to KR to contact Sylvie | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/06/2024 | Telephone conference with the IRS about withdrawing the proof of claim file for the 2023 taxes since the debtor would like to pay them directly | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/07/2024 | Review: 23-02720-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/12/2024 | Telephone conference with Mississippi Department of Revenue about the 2023 State taxes owed and the withdrawal of the | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | claim | | | |
| Service | KR | 08/12/2024 | Call Debtor: Telephone conference with debtor about the amount owed to the MSDoR for the 2023; he will be making the payment directly to them at the end of the month when he gets paid | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/30/2024 | Call Debtor: Telephone conference with debtor about the debt with MSDoR and when he plans to pay | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/05/2024 | Call Debtor: Called debtor left message; drafted email to verify if he made a payment to MSDoR for his State taxes | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/09/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/09/2024 | Call Debtor: Telephone conference with debtor about the MSDoR debt and the payments he is planning to make | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$984.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/06/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $26.40 | $26.40 |
| | | | **Expenses Subtotal** | | **$26.40** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.8 | $360.00 | $288.00 |
| Thomas Rollins | | Attorney | 0.7 | $360.00 | $252.00 |
| Vanessa Martinez | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 2.8 | $155.00 | $434.00 |
| | | | | **Subtotal** | **$1,010.40** |
| | | | | **Total** | **$1,010.40** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5788 | 02/01/2024 | $2,609.10 | $0.00 | $2,609.10 |
| 6361 | 06/02/2024 | $1,182.20 | $0.00 | $1,182.20 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6906 | 10/10/2024 | $1,010.40 | $0.00 | $1,010.40 |

|  |  |  | **Outstanding Balance** | **$4,801.70** |
|---|---|---|---|---|
|  |  |  | **Total Amount Outstanding** | **$4,801.70** |



# INVOICE

Invoice # 8165
Date: 08/04/2025
Due On: 09/03/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sean Cavalier Snow

### 05142-Snow Sean Cavalier

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 09/10/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed the invoice for expense and attorney fees; reviewed court docket for previous orders; drafted 3rd Application for Compensation, the Notice and Proposed Order; drafted email memo to TR re: review Application Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 09/10/2024 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/10/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application, the Notice and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/10/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/13/2024 | Review: 23-02720-JAW Motion to Allow Late, Amended, or Supplemental Claim Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/13/2024 | Review: 23-02720-JAW Certificate of | 0.10 | $360.00 | $36.00 |

| | | | Service Document# 48 | | | |
|---|---|---|---|---|---|---|
| Service | KR | 09/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor to inquiring about the payment towards the MSDoR debt | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/17/2024 | Review: 23-02720-JAW Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/19/2024 | Call Debtor: Called debtor left message; drafted email and text about the MSDoR debt | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/19/2024 | Incoming Call: Telephone conference with debtor about the MSDoR debt; drafted email memo to JAC about modifying the plan to include the debt with MSDoR | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/19/2024 | review email from KR re: MSDoR claim. Review docket. Respond to email based on dk | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/19/2024 | Review email from Attorney: Reviewed email memo from JC re: MSDoR debt; drafted email to MSDoR informing them he will pay through the plan and not direct | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/26/2024 | Review: 23-02720-JAW Hearing Set Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | CO | 10/07/2024 | Incoming Call: Phone conference with debtor regarding a hearing noticed. Informed that it was for the application of compensation. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/04/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing he does not need to attend the hearing this morning as it is a procedural hearing. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/05/2024 | Review: 23-02720-JAW Order on Application for Compensation Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/19/2024 | Review: 23-02720-JAW Notice of Mortgage Payment Change Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/24/2025 | Review: 23-02720-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | VM | 01/30/2025 | Contact Debtor (Text/Email): Drafted | 0.20 | $100.00 | $20.00 |

| | | | email and text message to debtor with NDC website and instructions so he can confirm his wage order has started. | | | |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | JC  | 07/03/2025 | Incoming Call: Telephone call from debtor inquiring about the process for getting out of bankruptcy; informed we would need in writing that he wants to voluntarily dismiss and that he understands he will owe all of the debts not paid through the BK; discussed Motion to Dismiss and Release of Wages; he said he is not sure what he wants to do yet and will get back with us. | 0.20 | $155.00 | $31.00 |
| Service | KR  | 07/08/2025 | Incoming Call: Telephone conference with debtor about voluntarily dismissing his case; explained his responsibility; | 0.10 | $155.00 | $15.50 |
| Service | KR  | 07/08/2025 | Review email from debtor: Reviewed text from debtor stating that he would like his case to be dismissed; drafted Motion to Dismiss; drafted internal message to TR re: review Motion to Dismiss | 0.20 | $155.00 | $31.00 |
| Service | KR  | 07/09/2025 | Review email from Attorney: Reviewed internal message from TR re: Motion to Dismiss; prepared the Motion to Dismiss and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/11/2025 | Review: 23-02720-JAW Order on Motion To Dismiss Debtor Document# 62 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/11/2025 | Review: 23-02720-JAW Release of Wages Document# 63 | 0.10 | $360.00 | $36.00 |
| Service | KR  | 07/15/2025 | Drafted email to the Trustee's office inquiring if any additional attorney fees will be paid out | 0.10 | $0.00 | $0.00 |
| Service | KR  | 07/15/2025 | Reviewed email from the Trustee's office about the funds on hand that will be disbursed for the claims for the attorney fees at the end of the month | 0.10 | $155.00 | $15.50 |
| Service | BB  | 07/25/2025 | Contact Debtor (Text/Email): Reviewed email from TR providing letter from mortgage company stating to provide it to the debtor. Drafted email to debtor providing a copy of the letter. | 0.10 | $100.00 | $10.00 |

Invoice # 8165 - 08/04/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 07/31/2025 | Reviewed Trustee's website to verify if the additional attorney fees have been distributed | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/04/2025 | Reviewed court docket for the previous filed orders and invoices; reviewed trustee's website for the amount of the attorney fees paid to date. | 0.60 | $155.00 | $93.00 |
| | | | | **Services Subtotal** | | **$875.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/10/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $32.34 | $32.34 |
| | | | **Expenses Subtotal** | | **$32.34** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.5 | $360.00 | $180.00 |
| Thomas Rollins | | Attorney | 0.7 | $360.00 | $252.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Vanessa Martinez | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Clara Ortega | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 2.3 | $155.00 | $356.50 |
| Kerri Rodabough | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$907.34** |
| | | | | **Total** | **$907.34** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5788 | 02/01/2024 | $2,609.10 | $0.00 | $2,609.10 |

| | | | | |
|---|---|---|---|---|
| 6361 | 06/02/2024 | $1,182.20 | $0.00 | $1,182.20 |
| 6906 | 10/10/2024 | $1,010.40 | $0.00 | $1,010.40 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8165 | 09/03/2025 | $907.34 | $0.00 | $907.34 |

| | | |
|---|---|---|
| | **Outstanding Balance** | **$5,709.04** |
| | **Total Amount Outstanding** | **$5,709.04** |